POPE *v.* ROBINSON.

HILL, J. 1. Where an equitable action was brought by one in possession of land, to have vacated and set aside a previous judgment in favor of the defendant against the plaintiff, recovering the land, and praying that the defendant be enjoined from interfering with "the possession, occupancy, or title" of the plaintiff; and where on the trial of the case the plaintiff was permitted, over objection, to testify that she did not sign the deed offered in evidence by the defendant [the deed purporting to be from the plaintiff to the grantor of the defendant], the admission of such evidence was erroneous, the grantee in such deed being dead, and the assignee of such grantee being a party defendant to the suit. Civil Code, § 5858.

2. None of the other assignments require a reversal.

*Judgment reversed. All the Justices concur, except Gilbert, J., absent on account of sickness.*

No. 1526. FEBRUARY 24, 1920.

Petition to set aside judgment. Before Judge Kent. Laurens superior court. May 24, 1919.

*Roger D. Flynt,* for plaintiff in error. *R. Earl Camp,* contra.